# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JOSE DATIL COLOM,**

        **Plaintiff,**

**-vs-**                                                                **Case No. 6:11-cv-906-Orl-22DAB**

**CITY OF ORLANDO,**

        **Defendant.**

## ORDER

This cause is before the Court on the Motion to Proceed in Forma Pauperis (Doc. No. 2) filed on June 1, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be **DENIED** without prejudice, and the Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed June 9, 2011 (Doc. No. 6), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Proceed in Forma Pauperis is **denied, without prejudice,** and the Complaint is **dismissed, without prejudice**. Plaintiff shall file an Amended Complaint which states a viable cause of action, and a completed Affidavit for pauper status, both within 21 days

of the date of this Order.  Failure to file an Amended Complaint and a completed Affidavit for pauper status as directed will result in dismissal for lack of prosecution.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on June 28, 2011.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Jose Datil Colom, *pro se*